# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————

### No. 201700271

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## JEFFREY T. SIMON
Cryptologic Technician (Collection) First Class (E-6), U.S. Navy
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon Francis, USMC.
Convening Authority: Commanding Officer, Navy Information
Operations Command Hawaii, Schofield Barracks, HI.
Staff Judge Advocate's Recommendation: Lieutenant Brittany E.
Doehrel, JAGC, USN.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 11 January 2018

———————————

Before MARKS, JONES, and STEPHENS, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that as to Charge II and its specification, the accused entered a plea of not guilty to sexual contact in violation of Article 120, UCMJ, but guilty of the lesser included offenses of assault consummated by a battery in violation of Article 128, UCMJ.

For the Court



R.H. TROIDL
Clerk of Court